Maya Milovic (029977)
**Hartley Law Center, PLLC**
11225 N. 28th Drive, Suite B103
Phoenix, AZ 85029
Tel (602) 296-7900 ♦ Fax (602) 314-5161
maya@hartleylawpllc.com

*Attorney for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**JAMES W STEWART**<br>XXX-XX-2947,<br>AND<br>**BERNICE D STEWART**<br>XXX-XX-4205<br>Debtors. | In Proceedings under Chapter 7<br><br>**Case No. 4:18-bk-05725-SHG**<br><br>**NOTICE OF FILING AMENDED STATEMENT OF INTENTIONS** |

COMES NOW, Debtors, JAMES W STEWART AND BERNICE D STEWART, by and through undersigned counsel, and pursuant to Local Rule 1009-1, hereby give notice to all interested parties that Debtors' Statement of Intentions has been amended to surrender 2014 Nissan Altima to Nevada West Financial.

RESPECFULLY SUBMITTED this 29th day of June, 2018.


                                            /s/ *Maya Milovic*
                                            Maya Milovic, 029977, Esq.

# CERTIFICATE OF MAILING

COPIES of the foregoing were electronically submitted via ECF or mailed on this 29th day of June, 2018, to all interested parties as set forth herein below.

SIGNED this date: June 29, 2018.

/s/ *Maya Milovic*
Maya Milovic, 029977, Esq.

**U.S. TRUSTEE:**
**OFFICE OF THE US TRUSTEE**
230 N 1ST AVE STE 204
PHOENIX, AZ 85003
USTPRegion14.PX.ECF@USDOJ.GOV

**TRUSTEE:**
**STANLEY J KARTCHNER**
7090 N ORACLE RD #178-204
TUCSON, AZ 85704

**CREDITOR**
**NEVADA WEST FINANCIAL**
7625 DEAN MARTIN DR STE
LAS VEGAS, NV 89139-5974

By: /s/ *Nikki Meyer*
Nikki Meyer